**Rickie J. YOUNG, Plaintiff–Appellant,**

v.

**UNITED STATES, Defendant–Appellee.**

No. 2011–5018.

United States Court of Appeals,
Federal Circuit.

Dec. 14, 2010.

Rickie J. Young, Stockbridge, GA, for Plaintiff–Appellant.

Jane C. Dempsey, Department of Justice, Washington, DC, for Defendant–Appellee.

*ORDER*

Petitioner having paid the required docketing fee,

Upon consideration thereof,

IT IS ORDERED THAT:

(1) The court's December 3, 2010, 456 Fed.Appx. 882, 2010 WL 8441559, dismissal order is vacated, the mandate is recalled, and the petition for review is reinstated.

(2) Petitioner's brief is due on or before January 4, 2011.

**Ellen R. HILLIARD, Petitioner,**

v.

**DEPARTMENT OF DEFENSE, Respondent.**

No. 2011–3011.

United States Court of Appeals,
Federal Circuit.

Dec. 15, 2010.

**ORDER**

The petitioner having failed to pay the docketing fee required by Federal Circuit Rule 52(a)(1) and to file the required Statement Concerning Discrimination, it is

ORDERED that the petition for review be, and the same hereby is, DISMISSED, for failure to prosecute in accordance with the rules.